UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

JOHN NANNI,
an individual,

      Plaintiff,

v.

INTERSTATE REALTY CO. L.L.C.,
a Delaware Limited Liability Company,

      Defendant.

-----------------------------------------------------------x

Case No.: 2:21-cv-02764-JXN-JBC

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to this action being dismissed with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: January 26, 2022

Respectfully Submitted,

*/s/ Elizabeth T. Foster*
Elizabeth T. Foster, Esq.
Attorney at Law, LLC
22 E. Quackenbush Ave.
Dumont, NJ 07628
T: (201) 290-5761
F: (201) 215-9574
liztlaw@gmail.com

*Attorney for Plaintiff*

Respectfully Submitted,

*/s/ Philip G. Ray*
Philip G. Ray, Esq.
Kluger Healey, LLC
521 Newman Springs Road
Suite 23
Lincroft, NJ 07738
T: (732) 852-7500
F: (888) 635-1653
pray@klugerhealey.com

*Attorney for Defendant*

So Ordered on 1/27/2022:

JULIEN XAVIER NEALS
United States District Judge